UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER SHAWN BALLARD,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant,
_____/

Case No.  1:15-CV-0653

HON. PAUL L. MALONEY

## **JUDGMENT**

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Commissioner's decision is **AFFIRMED**.

Dated:   August 30, 2016

    /s/ Paul L. Maloney
    PAUL L. MALONEY
    UNITED STATES DISTRICT JUDGE